IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| ARTURO ZAVALA | ) | |
| | ) | |
| vs. | ) | Case No.  4:05-cv-08060-UWC-HGD |
| | ) | |
| UNITED STATES OF AMERICA | ) | |

**O R D E R**

On July 13, 2006, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge.  To date, neither petitioner nor respondent have filed objections.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the Motion to Vacate, Set Aside or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, is due to be and hereby is DENIED as to Issues 1, 2, 4, 5, 6 and 7 and GRANTED as to Issue 3.  It is ORDERED that, in accordance with *United States v. Phillips*, 225 F.3d 1198, 1201 (11th Cir. 2000), petitioner's sentence is VACATED and petitioner shall be

resentenced at a date to be set by later order, after appointment of new counsel to represent him.

Done the 12th day of September, 2006.

                                              U.W. Clemon
                                  Chief United States District Judge